ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JONATHAN BAUM
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
ALEXANDER F. PORTER
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (202) 549-5731
    Facsimile: (213) 894-2387
    E-mail: alexander.porter@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-134(A)-GW |
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION TO DISMISS COUNTS AGAINST DEFENDANT OBIAGELI AGBU IN THE ORIGINAL INDICTMENT |
| v. | |
| OBIAGELI AGBU, | Ctrm:    10 |
| Defendant. | Judge:   Hon. George H. Wu |

Having considered the Government's <u>Ex Parte</u> Application to Dismiss Counts Against Defendant Obiageli Agbu in the Original Indictment, and good cause appearing, the Court GRANTS the Government's <u>Ex Parte</u> Application.  The counts charged against

Defendant Obiageli Agbu in the Original Indictment (Dkt. No. 1) are DISMISSED.

IT IS SO ORDERED.

April 11, 2014  
DATE

THE HONORABLE GEORGE H. WU  
UNITED STATES DISTRICT JUDGE