STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER F. PORTER
Trial Attorney
United States Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (202) 549-5731
    Facsimile: (213) 894-2387
    Email:     alexander.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JUAN TOMAS VAN PUTTEN,<br><br>            Defendant. | No. CR 11-134(A)-GW<br><br>ORDER DISMISSING THE FIRST SUPERSEDING INDICTMENT AS TO DEFENDANT JUAN TOMAS VAN PUTTEN |

Upon the request of the United States pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby dismisses without prejudice the First Superseding Indictment in this case as to defendant Juan Tomas Van Putten.

IT IS SO ORDERED.

DATE: December 1, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE